Jaime GARCIA; Elvira Garcia,
Plaintiffs–Appellants,

v.

Ronald D. KIRSTIEN, O'Stein Brothers
L.P. No. 4; Harvey Rothstein, O'Stein
Brothers L.P. No. 4; Randy Habeck,
Defendants–Appellees.

No. 05–1549.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 28, 2006.

Decided: June 7, 2006.

David F. Albright, Baltimore, Maryland, for Appellants. Craig David Roswell, Matthew A. Swartz, Niles, Barton & Wilmer, L.L.P., Baltimore, Maryland; Patrick John Kearney, Selzer, Gurvitch, Rabin & Obency, Chtd., Bethesda, Maryland, for Appellees.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jaime and Elvira Garcia appeal from the district court's orders granting summary judgment in favor of the Defendants and denying their motion to alter or amend the judgment. We have reviewed the parties' briefs, the joint appendix, and the district court's opinion and orders and find no reversible error. Accordingly, we affirm. *See Garcia v. Kirstien,* No. CA–01–103–BEL–1 (D. Md. filed Sept. 30, 2004 & entered Oct. 1, 2004; filed Apr. 8, 2005 & entered Apr. 11, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*